# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

U.S.A. vs. Shatina Parker                                                          Docket No. 3:00CR00167(DJS)

## PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW**, Charmaine R. Harkins, presenting an official report upon the conduct and attitude of Shatina Parker who was sentenced to 18 months for a violation of 18 U.S.C. §1344 and § 371, Bank Fraud, by the Honorable Dominic J. Squatrito, Senior United States District Judge, sitting in the court at Hartford, Connecticut on September 17, 2001 who fixed the period of supervision at five years which commenced on January 28, 2003 and imposed the general terms and conditions theretofore adopted by the court. In addition to the standard conditions, the following special conditions were imposed: 1) The defendant shall participate in a substance abuse treatment program, either inpatient or outpatient, as directed by the United States Probation Office, which may include random urinalysis testing. The defendant shall pay all or a portion of, the costs associated with such programs, based on her ability to pay, as determined by the probation office; 2) The defendant shall participate in a mental health treatment program, either inpatient or outpatient, as directed by the probation office, and shall pay all, or a portion of, the costs associated with such a program, based upon her ability to pay, as determined by the probation office; 3) The defendant shall provide the probation office with access to any requested financial information, including financial records of any business in which she may be a partner; 4) The defendant shall not incur new charges or open additional lines of credit without prior approval of the U.S. Probation Office; and 5) The defendant shall be liable for restitution, jointly and severally with any other co-defendants responsible for the loss in question, in the amount of $34,957.39, with interest waived. Restitution in the amount of $28,679.90 should be paid to Fleet Bank, Special Services and $6,277.49 to First Union. Payments shall be made at a rate of $100 per month, or otherwise instructed by the court should the defendant's financial condition change. Ms. Parker's supervision commenced on January 28, 2003 and is expected to terminate on January 27, 2008.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

The defendant is being cited for violating the following conditions of supervised release:

Charge No. 1- Standard Condition: "You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer." On November 5, 2004 at 9:30 a.m., the defendant reported to the probation office for a random urinalysis test. After entering the bathroom area and while observing the defendant prepare to render her sample, a plastic bag filled with liquid resembling urine was noticed on the back of the toilet seat. Ms. Parker was questioned about this bag and she denied knowing anything about its origins. After an investigation, it was determined that the defendant dropped the bag. A digital photo was taken and is attached to this report as evidence.

Charge No. 2: Mandatory Condition: "You shall refrain from any unlawful use of a controlled substance. You shall submit to one drug test within 15 days of release from imprisonment or placement on probation and at least two periodic tests thereafter, as directed by the probation officer." On November 5, and December 1, 2004, Ms. Parker rendered a urinalysis which tested positive for marijuana. On November 12, 2004, Ms. Parker admitted to smoking marijuana the weekend of November 5-7, 2004. She also failed to report for drug testing on November 8, and 9, 2004 and December 21, 2004.

Charge No. 3: Standard Condition: "You shall not commit another federal, state, or local crime. You shall not illegally possess a controlled substance." On October 29, 2003, the defendant pled guilty to Larceny, 6th Degree. Ms. Parker was caught stealing items from a store when the security detector was activated. She was sentenced to two years probation on December 18, 2003 under docket number CR03188362. The defendant was classified as a Persistent Larceny Offender, the maximum penalty imposable is two years. A Report on Offender was submitted to the Court on June 14, 2004. Court records are attached.

On June 5, 2004, the defendant was arrested by the Hartford Police Department for Disorderly Conduct. She appeared in Hartford Superior Court on June 7, 2004 under docket number H14HCR04-0581345-S and was released on a $2,000 non-surety bond. The defendant appeared in court on December 2, 2004 through the Family Relations Department. According to the Hartford Superior Court Clerk's Office, the case was nolled.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a summons directing Shatina Parker to appear before this court at Hartford, Connecticut on 1/21/05 at 10AM to show cause why supervision should not be revoked.

**ORDER OF COURT**

Considered and ordered this 11th day of January, 2005 and ordered filed and made a part of the records in the above case.

_____
The Honorable Dominic J. Squatrito
Senior United States District Judge

Sworn to By

_____
Charmaine R. Harkins
United States Probation Officer

Place  Hartford, Connecticut

Date  January 11, 2005

Before me, the Honorable Dominic J. Squatrito, Senior United States District Judge, on this 11th day of January 2005 at Hartford, Connecticut, U.S. Probation Officer Charmaine R. Harkins appeared and under oath stated that the facts set forth in this petition are true to the best of her knowledge and belief.

_____
The Honorable Dominic J. Squatrito
Senior United States District Judge