UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No.00CR167(DJS) |
| Plaintiff, | |
| v. | |
| SHATINA PARKER, | |
| Defendant. | January 26, 2005 |

**MOTION FOR AN ORDER EXTENDING PARKER'S SELF-SURRENDER DATE**

NOW comes the defendant, SHATINA PARKER, by and through her Attorney, David J. Wenc, and hereby moves this Honorable Court to extend her self-surrender date to February 8, 2005 for the following reason(s):

1. Ms. Parker must make child care arrangements for her minor children before she surrenders herself to serve a 12 month prison term.

2. Ms. Parker 's mother is willing to take care of the children. However, Ms. Parker's mother must quit her job in order to stay home and take care of the children. Ms. Parker's mother is employed at a "second shift job." Ms. Parker's mother needs to give her employer approximately 2 weeks notice before she actually quits.

WHEREFORE, Shatina Parker prays that this motion be granted to February 8, 2005 at 9:00 a.m. for self-surrender.

1

RESPECTFULLY SUBMITTED,

DEFENDANT, SHATINA PARKER,

BY _____
David J. Wenc, Her Attorney
Wenc Law Offices
44 Main Street
P.O. Box 306
Windsor Locks, CT 06096
Tel. (860) 623-1195
FED BAR # CT00089

**CERTIFICATION**

    I hereby certify that on January 26, 2005 I served a copy of the foregoing Motion by U.S. Mail, first-class postage prepaid, to:

Chambers of the Honorable Dominic J. Squatrito
United States District Court
450 Main Street
Hartford, CT  06103

Assistant U.S. Attorney Nora Dannehy
U.S. Attorney's Office
450 Main Street
Hartford, CT 06103

USPO Charmaine Harkins
U.S. Probation Office
450 Main Street
Hartford, CT 06103

_____
David J. Wenc, Esquire

2