AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT ~~COURT~~

DISTRICT OF CONNECTICUT

United States District Court
District of Connecticut
FILED AT HARTFORD
1/25/05
Kevin F. Rowe, Clerk
By_____
Deputy Clerk

USA

v.

Shatina Parker

**EXHIBIT AND WITNESS LIST**

Case Number: 3:00CR167(DJS)

| PRESIDING JUDGE Dominec J. Squatrito | | PLAINTIFF'S ATTORNEY Nora Danneghy | | DEFENDANT'S ATTORNEY David Wenc |
|---|---|---|---|---|
| TRIAL DATE (S) 90s+ | | COURT REPORTER S. Lamooreaux | | COURTROOM DEPUTY T. Glynn |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | 1/25/05 | 1/25 | 1/25 | Copy of transcript; Parker 10/29/03 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages