AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

District of _____ Connecticut _____

UNITED STATES OF AMERICA
V.

Shatina Parker

**JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation or Supervised Release)

Case Number: 3:00CR00167(DJS)
USM Number: 13941-014

David Wenc
Defendant's Attorney

**THE DEFENDANT:**

☐ admitted guilt to violation of condition(s) _____ of the term of supervision.

■ was found in violation of condition(s)  2 standard/1 mandatory conditions  after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Standard Condition | The defendant shall answer truthfully all inquiries by the probation officer. | 1/21/05 |
| Mandatory Condition | Refrain from unlawful substances. Submit to one drug test within 15 days of release. | 1/21/05 |
| Standard Condition | You shall not commit another federal, state or local crime. | 12/18/03 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: 4916
Defendant's Date of Birth: 1976

Defendant's Residence Address:
163 South Marshal St., #2
Hartford, CT 06102

Defendant's Mailing Address:
same as above

1/25/05
Date of Imposition of Judgment

Signature of Judge

Dominic J. Squatrito, U.S. District Judge
Name and Title of Judge

1/28/05
Date

DEFENDANT: PARKER, SHATINA  
CASE NUMBER: 3:00CR00167(DJS)

Judgment Page __3__ of __3__

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 12 months with no supervision to follow.

■ The court makes the following recommendations to the Bureau of Prisons:

The defendant shall participate in the Danbury FCI Comprehensive Residential Drug Abuse Program (RDAP) and that she also receive mental health counseling while incarcerated. The Court waived the offender's financial condition while she is incarcerated so that she is eligible for participation in the RDAP.

☐ The defendant is remanded to the custody of the United States Marshal.

■ The defendant shall surrender to the United States Marshal for this district:

■ at ___9:00___ ■ a.m. ☐ p.m. on ___February 8, 2005___

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____  
UNITED STATES MARSHAL

By _____  
DEPUTY UNITED STATES MARSHAL