UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,        Criminal No.00CR167 (DJS)

    Plaintiff,

v.

SHATINA PARKER

    Defendant.            April 7

**MOTION TO CLARIFY THE RECORD & CORRECT THE SENTENCE**

1. Pursuant to Fed.R.Crim.P. Rule 36, the defendant, SHATINA PARKER, by and through her attorney, David J Wenc, hereby moves the Honorable Court to clarify the record and correct the sentence, as follows:

    a. Clarify the record to indicate that the court did not intend to deprive Ms. Parker the opportunity to earn "good-time" credit when it sentenced Parker to a term of imprisonment for 12 months.

    b. Correct the judgment to reflect a sentence of one year (12 months) and one day. This correction will implement the court's intention not deprive Ms Parker of the opportunity to earn "good-time" credit

2. Defendant's counsel left a voice mail message with AUSA Nora Dannehy regarding this motion; however, he has not heard back from AUSA Dannehy as of the date of this

1

motion. Therefore, he does not know the position of the government

3. Defendant's counsel received a telephone message from USPO Charmaine Harkins, who stated that she objected to this motion.

WHEREFORE, the defendant prays that this motion be granted.

>Respectfully Submitted,
>DEFENDANT, SHATINA PARKER,
>
>BY_____
>David J. Wenc, Her Attorney
>Wenc Law Offices
>44 Main Street
>P.O. Box 306
>Windsor Locks, CT 06096
>Tel. (860) 623-1195
>FED BAR # CT00089

**CERTIFICATION**

     I hereby certify that on April 7, 2005, I served a copy of the foregoing Motion by mailing same via U.S. mail, first-class, postage prepaid, to:

Chambers of the Honorable Dominic J. Squatrito
United States District Court
450 Main Street
Hartford, CT  06103

Assistant U.S. Attorney Nora Dannehy
U.S. Attorney's Office
450 Main Street, Rm. 328
Hartford, CT 06103

USPO Charmaine Harkins
U.S. Probation Office
450 Main Street, 7th Floor
Hartford, CT 06103

_____
David J. Wenc, Esquire