UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CASE NO.3:00CR167(DJS) |
| SHATINA PARKER | : |

CORRECTED JUDGMENT

It is hereby Ordered that the Judgment and Order of Commitment imposed by this Court in the above-entitled case on January 28, 2005, be corrected in part as follows:

**The defendant is hereby committed to the custody of the U.S. Bureau of Prisons for a total term of: 12 months and one day, with no supervision to follow.**

It is hereby Ordered that the Judgment and Order of Commitment entered by this Court on January 28, 2005 in all other respects remains the same.

It is So Ordered.

Dated at Hartford, Connecticut this 5th day of July 2005.

/s/DJS
Dominic J. Squatrito, US District Judge